```
                                    FILED
                            JUDGMENT ENTERED

                         ___February 6, 2008_____
                                     Date
                              by _G. Lucas_____
                                  Deputy Clerk
                              U.S. District Court
                           Eastern District of California
                         __XX___   FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ALEXANDER HODGES,

       Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:07-CV-615 OWW/TAG

HOLIDAY INN SELECT,

       Defendant.
_____/

       DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  February 6, 2008

                                VICTORIA C. MINOR, Clerk

                                /S/ Greg Lucas
                       By:
                                Deputy Clerk

jgm.civ
2/1/95